

# Department of Public Safety and Correctional Services

**Division of Pretrial Detention and Services**
**Chesapeake Detention Facility**
401 EAST MADISON STREET • BALTIMORE • MARYLAND 21202
(410) 539-5445 • FAX (410) 332-4561 • TOLL FREE (877) 379-8636 • V/TTY (800) 735-2258 • www.dpscs.maryland.gov

STATE OF MARYLAND

LARRY HOGAN
GOVERNOR

BOYD K. RUTHERFORD
LT. GOVERNOR

STEPHEN T. MOYER
SECRETARY

WILLIAM G. STEWART
DEPUTY SECRETARY
ADMINISTRATION

J. MICHAEL ZEIGLER
DEPUTY SECRETARY
OPERATIONS

RHEA L. HARRIS
ASSISTANT SECRETARY
PROGRAMS AND SERVICES

DAVID N. BEZANSON
ASSISTANT SECRETARY
CAPITAL PROGRAMS

October 7, 2016

To Whom It May Concern,

    This is to inform you that Mr. Irvin Vincent #2243092 is currently being held at Chesapeake Detention Facility where he is assigned to Sanitation Detail as of May 2016. Since, I am not on his housing unit as much as the officers are I substantially questioned his Unit Sergeant and other Officers concerning his work habits and each responded with positive remarks. This information is being submitted for informational purposes only.

Sincerely,

Ms. S. Brunson, CCMSII
Correctional Case Manager Specialist II

# Certificate of Recognition

Awarded to

## IRVIN VINCENT

In recognition of

Life's Healing Choices

Dated this 8th day of April 2016

David J. Sausser-Director

*David J. Sausser* (signature)

Presented by:

# Celebrate Recovery Inside Certificate of Achievement

For completing Step Book 2 at the Chesapeake Detention Facility

**Irvin Vincent**

DAVID SAUSSER     DIRECTOR

*signature*     9/6/16

Signature     September 6, 2016

# Celebrate Recovery Inside Certificate of Achievement

For completing Step Book 1 at the Chesapeake Detention Facility

## Irvin Vincent

DAVID SAUSSER     DIRECTOR

_____  September 6, 2016
Signature



This Certifies that

**Irvin Vincent**

Has successfully completed the TYRO 4-week Class
and is awarded this

**CERTIFICATE OF COMPLETION**

Given this 5th day of October, 2016

Anees Abdul-Rahim, Facilitator

Eric Clay, Workforce Program Director

Marcel Martin, Volunteer Coordinator

Bon Secours
Bon Secours
Community Works

# Chesapeake Detention Facility

## Certificate of Completion Presented to

**Irvin W Vincent**

*by*

Chesapeake Detention Facility

This certificate is presented on completion of the 4 weeks Fathering Program

May 12, 2016

_____
Dr. Geoffrey Greif, Facilitator

_____
Ezechi Anonye, Program Coordinator

_____
Felicia Hinton, Warden

# Certificate of Completion

## Irvin Vincent

has successfully completed

## Blood-Spill Training

held on date: August 10, 2016

Lt. Valarie Bayne, ECSO

Chesapeake Detention Facility

DPSCS

# New Freedom Group of Alcoholics Anonymous

The Chesapeake Detention Facility     401 East Madison St, Baltimore, MD

This document certifies that ___Irvin Vincent___ attended a Baltimore Intergroup Council of AA, Hospital's & Institution's sponsored meeting at the Chesapeake Detention Facility from ___10-7-15___ to ___Present___.
Meetings held weekly from 7 PM to 8 PM.



Signed _____
Meeting Sponsor    Bill H.

Wednesday, November 25, 15